# MINUTE ORDER

## Magistrate Judge Peter R. Palermo

Date: 01/04/12     Time: 01:30 P.M.

King Building Courthouse - Room 1067

J#: 84185-004     Case #: 11-20876-CR-MARTINEZ

Defendant: 1) Frantz Plantin
Attorney:
AUSA: Karen Stewart
Violation: CONSP/To Steal Government Funds / Theft of Government Funds
CJA Appt: Lance Armstrong
Proceeding: Initial Appearance
Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: PTD
Bond Set at: temporary PTD     Co-signed by:
Language: English

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Disposition:
AFPD APPOINTED ON CASE
CJA csl to be appt
Deft func[tion]ally ind[igent]
Deft shall [?] [?]
Court Registry
CJA csl [?]
before Feb 3,

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing: 1/9/12  10:00 a.m.  Duty  Miami
Prelim/Arraign or Removal: 1/9/12  10:00 a.m.  Duty  Miami
Status Conference RE: CJA Payment  2/2/12  10:00 a.m.  Duty  Miami
D.A.R. 14:05:20     Time in Court: 5 min

s/Peter R. Palermo     Magistrate Judge